# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 23-02870-MCF7 |
| CHARLES MUSZYNSKI | } | Chapter 7 |
| Debtor, pro se | } | |
| | } | **CERTIFICATE OF SERVICE** |
| _____ | } | |
| | } | |
| | } | |
| Charles Muszynski, pro se | } | |
| | } | Adversarial Proceeding No. 23-00092 MCF |
| Plaintiff, | } | |
| | } | |
| MILLENNIUM FUNDING, INC., | } | |
| VOLTAGE HOLDINGS, LLC, | } | |
| VOLTAGE PICTURES, LLC, | } | |
| AMBI DISTRIBUTION CORP., | } | |
| AFTER PRODUCTIONS, LLC, | } | |
| AFTER II MOVIE, LLC, | } | |
| MORGAN CREEK PRODUCTIONS, INC., | } | |
| MILLENNIUM FUNDING, INC., | } | |
| MILLENNIUM MEDIA, INC., | } | |
| COLOSSAL MOVIE PRODUCTIONS, LLC, | } | |
| YAR PRODUCTIONS, INC., | } | |
| MILLENNIUM IP, INC., | } | |
| KILLING LINK DISTRIBUTION, LLC, | } | |
| BADHOUSE STUDIOS, LLC, | } | |
| LHF PRODUCTIONS, INC., | } | |
| VENICE PI, LLC, | } | |
| RAMBO V PRODUCTIONS, INC., | } | |
| MON, LLC, | } | |
| SF FILM, LLC, | } | |
| SPEED KILLS PRODUCTIONS, INC., | } | |
| MILLENNIUM IP, INC., | } | |
| NIKOLA PRODUCTIONS, INC., | } | |
| WONDER ONE, LLC, | } | |
| BODYGUARD PRODUCTIONS, INC., | } | |
| OUTPOST PRODUCTIONS, INC., | } | |
| GLACIER FILMS 1, LLC, | } | |
| DEFINITION DELAWARE LLC, | } | |

| | |
|---|---|
| HANNIBAL CLASSICS INC., | } |
| HANNIBAL MEDIA, INC., | } |
| STATE OF THE UNION DISTRIBUTION | } |
| AND COLLECTIONS, LLC, | } |
| PARADOX STUDIOS, LLC, | } |
| DALLAS BUYERS CLUB, LLC, | } |
| SCREEN MEDIA VENTURES, LLC, | } |
| 42 VENTURES, LLC, | } |
| CULPEPPERIP, LLLC, | } |
| SRIPLAW, P.A., | } |
| C. CONDE & ASSOCIATES, P.S.C, | } |
| PML PROCESS MANAGEMENT | } |
| LIMITED, | } |
| PARKALO MARKETING LIMITED, | } |
| IOANNIS PAPAPETROU, individually, | } |
| NIKOS MICHAILIDIS, individually, | } |
| KERRY S. CULPEPPER, pro se, | } |
| JOEL ROTHMAN, individually, | } |
| C. Conde & Assoc. P. S. C., | } |
| | } |
| Defendants. | } |
| _____ | } |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

      I hereby certify that on the dates below I served via the Clerk of Court's CM / ECF system pro se portal filing in Old San Juan, P.R., USA and/or U. S. Mail and/or email by agreement regarding same with "Lead Counsel" Kerry Culpepper, the ORDER SETTING INITIAL SCHEDULING CONFERENCE [Doc. #41] and by these methods served the Defendants and their Defendant Clients, at their principal places of business.

<u>via Clerk of Court U. S. Bankruptcy Court</u>
CM/ECF Electronic Notice System
Portal Submission to San Juan, PR
upon filing 18 December 2023

<u>via U. S. Mail</u>
C. Conde & Associates, P. S. C.
254 San José Street, 5th Floor
Old San Juan, PR 00901

<u>Via Electronic Mail</u>
condecarmen@condelaw.com Conde & Associates
kculpepper@culpepperip.com CulpepperIP, LLLC

SRIPLAW, P. A.
21301 Powerline Road,
Suite 100, Boca Raton, Florida 33433.

JOEL B. ROTHMAN
3175 Equestrian Drive
Boca Raton, Florida 33434.

PROCESS MANAGEMENT LIMITED
Reg. #HE 396059
(f/k/a PML PANTERA MARKETING LIMITED)
Lordou Vyronos 61-62
Floor 5, 6023
Larnaca, Cyprus

PARKALO MARKETING LIMITED
Reg. #HE 290601
Spyrou Kyprianou 32
Floor 2, Flat 3, 1075
Nicosia, Cyprus.

IOANNIS PAPAPETROU
Spyrou Kyprianou 32
Floor 2, Flat 3, 1075
Nicosia, Cyprus.

NIKOS MICHAILIDIS
Spyrou Kyprianou 32
Floor 2, Flat 3, 1075
Nicosia, Cyprus

18 December 2023
Respectfully submitted,

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies